**UNITED STATES of America,**
**Appellee,**

v.

**Frank Jayrold BETTELYOUN,**
**Appellant.**

**No. 09–3631.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 27, 2010.

Filed: April 30, 2010.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Frank Jayrold Bettelyoun appeals the district court's [1] denial of his Federal Rule of Criminal Procedure 36 motion to correct a "clerical error" in the amended judgment in his criminal case. We agree with the district court that the amended judgment accurately reflects the sentence imposed; the type of error Bettelyoun alleged was not a clerical error, *see United States v. Yakle,* 463 F.3d 810, 811 (8th Cir.2006) (per curiam). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.